UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

V.P., on behalf of herself and her minor child, V.L.,

                              Plaintiffs,

   -v-                                              CIVIL ACTION NO.: 21 Civ. 10882 (JPO) (SLC)

NEW YORK CITY DEPARTMENT OF EDUCATION,
NEW YORK CITY BOARD OF EDUCATION, and
CHANCELLOR MEISHA PORTER, in her official
capacity,

                              Defendants.

**AMENDED ORDER SCHEDULING INITIAL
CASE MANAGEMENT CONFERENCE**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request (ECF No. 17) to adjourn the initial case management conference scheduled for May 11, 2022 is GRANTED. The conference is ADJOURNED to **Monday, July 18, 2022 at 10:00 am**, and will take place in Courtroom 18A, 500 Pearl Street, New York, New York. At the conference, the parties must be prepared to discuss the subjects set forth in Fed. R. Civ. P. 16(b) and (c).

It is further ORDERED that counsel shall meet and confer in accordance with Fed. R. Civ. P. 26(f) no later than **21 days before** the Initial Case Management Conference. No later than **one week (seven (7) calendar days) before** the conference, the parties shall file a Report of Rule 26(f) Meeting and Proposed Case Management Plan, via ECF, signed by counsel for each party. A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

To the extent the parties disagree about any portion of the Proposed Case Management Plan, they may set forth their respective proposals for the disputed provision, <u>without argument</u>.

The Clerk of Court is respectfully directed to close ECF No. 17.

Dated:   New York, New York
         May 4, 2022

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**