UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

V.P., on behalf of herself and her minor child, V.L.,

                    Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION, NEW YORK CITY BOARD OF EDUCATION, and CHANCELLOR MEISHA PORTER, in her official capacity,

                    Defendants.

CIVIL ACTION NO.: 21 Civ. 10882 (JPO) (SLC)

**AMENDED ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request (ECF No. 19) to adjourn _sine die_ the initial case management conference scheduled for July 18, 2022 is GRANTED, and the conference is CANCELLED. By **September 9, 2022**, the parties shall file a joint letter regarding the status of their settlement discussions.

The Clerk of Court is respectfully directed to close ECF No. 19.

Dated:      New York, New York
               July 13, 2022

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**