UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

V.P., on behalf of herself and her minor child, V.L.,

                Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION, NEW YORK CITY BOARD OF EDUCATION, and CHANCELLOR DAVID BANKS, in his official capacity,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 10882 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request at ECF No. 39 is GRANTED, and the Court orders as follows:

1. By **June 6, 2023**, the parties shall file a joint letter regarding the status of their settlement discussions.

2. The Clerk of Court is respectfully directed to amend the caption to terminate Defendant "Chancellor Meisha Porter, in her official capacity" and substitute in her place Defendant "Chancellor David Banks, in his official capacity."

Dated:    New York, New York
          April 21, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**